IN THE SUPREME COURT OF TEXAS

 No. 12-0307

 IN RE ERICA ANN PEREZ

 On Petition for Writ of Mandamus

ORDERED:

 1. The trial set for May 14, 2012 in Cause No. 2010-PA-02809,
styled In the Interest of A.A.R., Minor Child, in the 45th District Court
of Bexar County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 10, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk